UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIM ALLEN LOVELAND, et *al.*,<br><br>Defendants. | Case No. 1:12-cr-00155-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Defendant Loveland was recently arraigned, and a trial date different from that of his co-defendants was set by the Court. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed in this case. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court will move Defendant Loveland's trial to the same date as his co-defendants. The Court finds that the excludable time found for the other defendants applies to the co-defendant because he is joined for trial with them. Thus, Defendant Loveland will have trial moved to October 29, 2012. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Defendant Loveland be VACATED, and that a new trial be set for **October 29, 2012 at**

**1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference for Defendant Sanchez be VACATED, and that a new trial readiness conference be conducted by telephone on **October 17, 2012 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED: **August 27, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge