UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GUADALUPE SANCHEZ, et *al.*,<br><br>Defendants. | Case No. 1:12-cr-00155-BLW<br><br>**ORDER CONTINUING TRIAL** |

The Court has before it Defendant Loveland's Motion to Continue Trial (Dkt. 419). Defendant requests a 2-day continuance because counsel is ill. Counsel for the co-defendants, and counsel for the government, do not oppose the motion. Good cause appearing, the Court will grant the motion.

**IT IS ORDERED:**

1. Defendant Loveland's Motion to Continue Trial (Dkt. 419) is **GRANTED**. Trial shall commence on Wednesday, January 9, 2013 at 9:00 a.m. in the Federal Courthouse in Boise, Idaho.

DATED: **January 7, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1